```
FRAILING, ROCKWELL, KELLY & DUARTE, LLP
By: Jeffrey R. Duarte
State Bar No. 186190
P.O. Box 0142
Modesto, CA  95353-0142
Telephone: (209) 521-2552
FAX: (209) 526-7898
```

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CERNA VERDUZCO,<br><br>     Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant. | NO. 1:12-CV-0041-DLB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that plaintiff's time to serve plaintiff's letter brief be extended for 30 days to September 8, 2012.

///
///
///
///
///
///
///

1  This is plaintiff's first request for an extension of time.
2  Plaintiff's attorney needs additional time to further review the
3  file and prepare the letter brief.

4                                     Respectfully submitted,

6  Dated: August 3, 2012        By */s/ Jeffrey R. Duarte*
                                    Jeffrey R. Duarte
7                                     Attorney for Plaintiff

9  Dated: August 3, 2012        Benjamin B. Wagner
                                    United States Attorney

11                                     By */s/ Elizabeth Barry*
                                    (As authorized via telephone)
12                                     Elizabeth Barry
                                    Special Assistant U.S. Attorney

13     IT IS SO ORDERED.
14
    **Dated:   August 9, 2012**                  **/s/ Dennis L. Beck**
15                                     UNITED STATES MAGISTRATE JUDGE