1  FRAILING, ROCKWELL, KELLY & DUARTE, LLP
   By: Jeffrey R. Duarte
2  State Bar No. 186190
   P.O. Box 0142
3  Modesto, CA  95353-0142
   Telephone: (209) 521-2552
4  FAX: (209) 526-7898

5  Attorneys for Plaintiff

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

12  DAVID CERNA VERDUZCO,              NO. 1:12-CV-0041-DLB

13          Plaintiff,

14  vs.                                STIPULATION AND ORDER
                                       TO EXTEND TIME
15  COMMISSIONER OF SOCIAL
    SECURITY,
16
            Defendant.
17

19      IT IS HEREBY STIPULATED by and between the parties, subject
20  to the approval of the Court, that plaintiff's time to serve
21  plaintiff's letter brief be extended for 30 days to September 8,
22  2012.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

This is plaintiff's first request for an extension of time. Plaintiff's attorney needs additional time to further review the file and prepare the letter brief.

Respectfully submitted,

Dated: August 3, 2012          By */s/ Jeffrey R. Duarte*
                               Jeffrey R. Duarte
                               Attorney for Plaintiff


Dated: August 3, 2012          Benjamin B. Wagner
                               United States Attorney


                               By */s/ Elizabeth Barry*
                               (As authorized via telephone)
                               Elizabeth Barry
                               Special Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   August 9, 2012**              **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

2