```
1  FRAILING, ROCKWELL, KELLY & DUARTE, LLP
   By: Jeffrey R. Duarte
2  State Bar No. 186190
   P.O. Box 0142
3  Modesto, CA  95353-0142
   Telephone: (209) 521-2552
4  FAX: (209) 526-7898

5  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CERNA VERDUZCO, | NO. 1:12-CV-00041-DLB |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO EXTEND TIME |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that plaintiff's time to serve plaintiff's letter brief be extended for 30 days to October 8, 2012.

///
///
///
///
///
///

1    This is plaintiff's second request for an extension of time.
2 Due to an heavy trial schedule and workload, plaintiff's attorney
3 needs additional time to review the file and prepare the letter
4 brief.

                                    Respectfully submitted,

7 Dated: September 5, 2012         By /s/ Jeffrey R. Duarte
                                    Jeffrey R. Duarte
8                                   Attorney for Plaintiff

10 Dated: September 5, 2012        Benjamin B. Wagner
                                    United States Attorney

12                                  By   /s/ Elizabeth Barry
                                    (As authorized via telephone)
13                                  Elizabeth Barry
                                    Special Assistant U.S. Attorney

    IT IS SO ORDERED.

    **Dated:   September 6, 2012**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

2