1  FRAILING, ROCKWELL, KELLY & DUARTE, LLP
   By: Jeffrey R. Duarte
2  State Bar No. 186190
   P.O. Box 0142
3  Modesto, CA  95353-0142
   Telephone: (209) 521-2552
4  FAX: (209) 526-7898

5  Attorneys for Plaintiff

9           IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

12  DAVID CERNA VERDUZCO,              NO. 1:12-CV-00041-DLB

13         Plaintiff,

14  vs.                                STIPULATION AND ORDER
                                       TO EXTEND TIME
15  COMMISSIONER OF SOCIAL
    SECURITY,
16
           Defendant.
17

19     IT IS HEREBY STIPULATED by and between the parties, subject
20  to the approval of the Court, that plaintiff's time to serve
21  plaintiff's letter brief be extended for 30 days to October 8,
22  2012.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

This is plaintiff's second request for an extension of time. Due to an heavy trial schedule and workload, plaintiff's attorney needs additional time to review the file and prepare the letter brief.

Respectfully submitted,

Dated: September 5, 2012        By */s/ Jeffrey R. Duarte*
                                Jeffrey R. Duarte
                                Attorney for Plaintiff


Dated: September 5, 2012        Benjamin B. Wagner
                                United States Attorney


                                By   */s/ Elizabeth Barry*
                                (As authorized via telephone)
                                Elizabeth Barry
                                Special Assistant U.S. Attorney


IT IS SO ORDERED.

**Dated:   September 6, 2012**              **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

2