1 | BENJAMIN WAGNER CSBN 163581
United States Attorney
2 | DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
3 | Social Security Administration
ELIZABETH BARRY CSBN 203314
4 | Special Assistant United States Attorney

5 |   160 Spear Street, Suite 800
    San Francisco, California 94105
6 |   Telephone: (415) 977-8972
    Facsimile: (415) 744-0134
7 |   Email: Elizabeth.Barry@ssa.gov

8

Attorneys for Defendant

9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| DAVID CERNA VERDUZCO, | ) |
|  Plaintiff, | ) Case No. 1:12-cv-00041-DLB |
| v. | ) STIPULATION AND ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE HIS OPPOSITION OR OTHERWISE RESPOND TO PLAINTIFF'S OPENING BRIEF |
| MICHAEL ASTRUE, Commissioner of Social Security, | ) |
|  Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have 60-day extension, or until March 8, 2013, in which to file his Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's brief.

This is Defendant's first request for an extension of time in this matter. This request is made due to a reassignment of work in the office of the undersigned counsel of record for the Defendant and is not intended to cause intentional delay.

Respectfully submitted,

Dated: December 22, 2012         */s/ Jeffrey R. Duarte*
                                 (as authorized via e-mail)
                                 JEFFREY R. DUARTE
                                 Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: December 22, 2012

BENJAMIN WAGNER
United States Attorney

By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

IT IS SO ORDERED.

**Dated:   January 2, 2013**          **/s/ Stanley A. Boone**
                                       UNITED STATES MAGISTRATE JUDGE