# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CERNA VERDUZCO,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | CASE NO. 1:12-cv-00041-SAB<br><br>ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 23) |

On February 28, 2013, the parties filed a joint motion to extend time for Defendant to file an opposition to Plaintiff's opening brief. Good cause having been shown,

IT IS HEREBY ORDERED that:

1. Defendant's opposition to Plaintiff's opening brief shall be filed on or before May 7, 2013; and
2. Plaintiff's reply brief shall be filed within seven days of the date of service of the opposition brief.

IT IS SO ORDERED.

Dated:   **March 1, 2013**

UNITED STATES MAGISTRATE JUDGE

1