# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CERNA VERDUZCO,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1:12-cv-00041-SAB<br><br>ORDER GRANTING <u>FINAL</u> EXTENSION OF TIME<br><br>ECF NO. 27 |

On May 6, 2013, the parties in the above-captioned action submitted a stipulation and proposed order for a ten day extension of time for Defendant Commissioner of Social Security ("Defendant") to respond to Plaintiff David Cerna Verduzco's ("Plaintiff") opening brief. (ECF No. 27.) Defendant's brief was due on May 7, 2013. (ECF No. 24.)

The parties in this action have collectively requested and received four prior extensions of time totaling approximately 180 days. (<u>See</u> ECF Nos. 13, 15, 18, 24.) The Scheduling Order issued by the Court on January 9, 2012 stated that "[t]he court will allow a single thirty (30) day extension of any part of this scheduling order by stipulation of the parties" and that "[any other] request for modification of [the] briefing schedule will **not** routinely be granted." (Scheduling Order ¶¶ 12-13 (emphasis in original).)

/ / /

This will be the final extension of time granted by the Court absent extraordinary circumstances demonstrated by the parties via noticed motion and an in-person hearing.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The parties' stipulated request for an extension of time is GRANTED;
2. Defendant shall file its opposition to Plaintiff's opening brief no later than May 17, 2013; and
3. Plaintiff's reply brief shall be filed with the Court and served upon Defendant within fifteen (15) days after service of Defendant's opposition brief.

IT IS SO ORDERED.

Dated:   **May 7, 2013**

UNITED STATES MAGISTRATE JUDGE